IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN
_____

PHILLIP J. WALZ,
            Petitioner,

                                                ORDER
   v.

                                             07-C-649-S
                                             06-CR-25-S-01

UNITED STATES OF AMERICA,

            Respondent.
_____

     Petitioner moves to vacate his sentence under 28 U.S.C. § 2255 because of the inadequate health care he is receiving.

     Accordingly,

ORDER

     IT IS ORDERED that respondent shall file a response not later than December 17, 2007 and petitioner may file a reply not later than January 17, 2008.

     The United States Marshal is directed to serve a copy of said motion and this order upon the United States Attorney.

     Entered this 16th day of November, 2007.

                                         BY THE COURT:

                                         /s/

                                     _____
                                     JOHN C. SHABAZ
                                     District Judge